**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- x
                                                            :
*In re:*                                                    :    Chapter 11
                                                            :
ENDEAVOUR OPERATING                                         :    Case No. 14-12308 (KJC)
CORPORATION,                                                :
                                                            :
          Debtor.                                           :
                                                            :
Tax I.D. No. 20-0796552                                     :
----------------------------------------------------------- x
                                                            :
*In re*:                                                    :    Chapter 11
                                                            :
ENDEAVOUR INTERNATIONAL                                     :    Case No. 14-12309 (KJC)
CORPORATION,                                                :
                                                            :
          Debtor.                                           :
                                                            :
Tax I.D. No. 88-0448389                                     :
----------------------------------------------------------- x
                                                            :
*In re*:                                                    :    Chapter 11
                                                            :
ENDEAVOUR COLORADO                                          :    Case No. 14-12310 (KJC)
CORPORATION,                                                :
                                                            :
          Debtor.                                           :
                                                            :
Tax I.D. No. 46-2960067                                     :
----------------------------------------------------------- x
                                                            :
*In re*:                                                    :    Chapter 11
                                                            :
END MANAGEMENT COMPANY,                                     :    Case No. 14-12312 (KJC)
                                                            :
          Debtor.                                           :
                                                            :
Tax I.D. No. 20-2057578                                     :
----------------------------------------------------------- x

```
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
ENDEAVOUR ENERGY                                        :   Case No. 14-12311 ( KJC )
NEW VENTURES INC.,                                      :
                                                        :
         Debtor.                                        :
                                                        :
Tax I.D. No. 20-2057563                                 :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
ENDEAVOUR ENERGY                                        :   Case No. 14-12313 ( KJC )
LUXEMBOURG S.à r.l,                                     :
                                                        :
         Debtor.                                        :
                                                        :
Tax I.D. No. 98-0572113                                 :
------------------------------------------------------- x
```

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon the Motion, dated October 11, 2014 (the "*Motion*"), of Endeavour Operating Corporation and its above-captioned debtor affiliates, as debtors and debtors in possession (collectively, the "*Debtors*"), for an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "*Local Rules*") authorizing joint administration of their chapter 11 cases, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

2

due and proper notice of the Motion having been provided to (i) the Office of the United States Trustee for the District of Delaware, (ii) the holders of the thirty (30) largest unsecured claims against the Debtors (on a consolidated basis), (iii) Reed Smith LLP, 225 Fifth Avenue, Suite 1200, Pittsburgh, PA 15222 (Attn: Eric A. Schaffer, Esq.), counsel to Wells Fargo Bank, National Association, in its capacity as trustee under the 12% Notes due March 2018, (iv) Alston & Bird LLP, One Atlantic Center, 1201 West Peachtree Street, Atlanta, GA 30309 (Attn: Jason J. Solomon, Esq. and David A. Wender, Esq.), counsel to Wilmington Trust, National Association, in its capacity as trustee under the 12% Notes due June 2018, (v) Wilmington Savings Fund Society, FSB, in its capacity as trustee under the 5.5% Convertible Senior Notes due 2016, (vi) Wilmington Savings Fund Society, FSB, in its capacity as trustee under the 6.5% Convertible Senior Notes due 2016, (vii) BNY Corporate Trustee Services Limited, in its capacity as trustee under the 7.5% Guaranteed Convertible Bonds due 2016, (viii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (Attn: Dennis F. Dunne, Esq., Matthew S. Barr, Esq. and Michael E. Comerford, Esq.), counsel to certain of the holders of the 12% Notes due March 2018 and the 12% Notes due June 2018, (ix) Brown Rudnick LLP, Seven Times Square, New York, NY 10036 (Attn: Robert J. Stark, Esq.), counsel to certain of the holders of the 5.5% Convertible Senior Notes Due 2016 and the 6.5% Convertible Senior Notes due 2016, (x) Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036 (Attn: Keith H. Wofford, Esq.), counsel to the holder of the 7.5% Guaranteed Convertible Bonds due 2016, (xi) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036 (Attn: Michael Stamer, Esq. and Meredith Lahaie, Esq.), counsel to certain secured lenders under the EEUK Term Loan, (xii) National Association of Attorneys General, 2030 M Street NW, 8th Floor, Washington, DC

20036 (Attn: Karen Cordry, Esq.), (xiii) the Office of the Attorney General in each state in which the Debtors operate, (xiv) the Office of the Delaware Secretary of State, (xv) the Delaware State Treasury, (xvi) the Securities and Exchange Commission and (xvii) the Internal Revenue Service; and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "*Hearing*"); and the appearances of all interested parties having been noted in the record of the Hearing; and upon the *Declaration of William L. Transier in Support of the Debtors' Chapter 11 Petitions and Request for First Day Relief*, filed contemporaneously with the Motion, the record of the Hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 14-12308 (KJC).

3. Nothing contained in this order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases.

4. The caption of the jointly administered cases should read as follows:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                                        :
*In re:*                                                :   **Chapter 11**
                                                        :
**ENDEAVOUR OPERATING**                                 :   **Case No. 14-12308 (KJC)**
**CORPORATION,** *et al.,*[1]                           :
                                                        :
               **Debtors.**                             :   **(Jointly Administered)**
                                                        :
------------------------------------------------------- x

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Endeavour Operating Corporation (6552); Endeavour International Corporation (8389); Endeavour Colorado Corporation (0067); END Management Company (7578); Endeavour Energy New Ventures Inc. (7563); Endeavour Energy Luxembourg S.à r.l. (2113). The Debtors' principal offices are located at 811 Main Street, Suite 2100, Houston, Texas 77002.

      5.    A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Endeavour Operating Corporation, Endeavour International Corporation, Endeavour Colorado Corporation, END Management Company, Endeavour Energy New Ventures Inc. and Endeavour Energy Luxembourg S.à r.l. The docket in Case No. 14-12308 (KJC) should be consulted for all matters affecting this case.

      6.    The Debtors shall serve this Order within two (2) business days after its entry via first class U.S. mail on the Notice Parties.

      7.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

RLF1 10927811V.1

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated:  October 15, 2014
        Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE